IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 24-158-BLG-SPW-2 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| LEE EDWARD HOOPER, JR., | |
| Defendant. | |

Pending before the Court is the United States' Unopposed Motion to Dismiss the Indictment (Doc. 28) against Lee Edward Hooper Jr. For good cause being shown,

**IT IS HEREBY ORDERED** that the indictment as to Lee Edward Hooper Jr. is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the trial set for Monday, May 5, 2025 at 9:00 a.m. is **VACATED.**

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 8th day of April, 2025.

SUSAN P. WATTERS
United States District Judge